**KELLEY DRYE & WARREN LLP**

A LIMITED LIABILITY PARTNERSHIP

**101 PARK AVENUE**

**NEW YORK, NY 10178**

(212) 808-7800

WASHINGTON, DC

LOS ANGELES, CA

CHICAGO, IL

STAMFORD, CT

PARSIPPANY, NJ

BRUSSELS, BELGIUM

AFFILIATE OFFICE
MUMBAI, INDIA

FACSIMILE

(212) 808-7897

www.kelleydrye.com

DAMON W. SUDEN

DIRECT LINE: (212) 808-7586

EMAIL: dsuden@kelleydrye.com



September 13, 2012

**BY HAND DELIVERY**

The Honorable Victor Marrero
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Suite 660
New York, New York 10007-1312



Re:   *NES Financial Corp. v. JPMorgan Chase Bank, N.A.,*
      No. 11-cv-3437 (S.D.N.Y.)

Dear Judge Marrero:

We represent Defendant JPMorgan Chase Bank N.A. We previously requested, and Your Honor granted, permission for JPMorgan to bring 3 laptops into the courtroom for trial beginning on September 19 – one laptop each for the two lead attorneys, and one for our courtroom technician from Trial Graphix. We have since been informed that our courtroom technician requires a second laptop in order to adequately provide the services necessary for JPMorgan to defend this case at trial. Therefore, we respectfully request that Your Honor permit Humberto Ferrer of Trial Graphix to bring a second laptop (the forth total for JPMorgan) into the courtroom each day of trial.

Respectfully submitted,

Damon W. Suden

DWS:slk

cc:   All counsel (by email)

SO ORDERED. Request Granted.

9-14-12
DATE

VICTOR MARRERO, U.S.D.J.

NY01\SudeD\1582903.1