# ML MOLOLAMKEN

Robert K. Kry
MoloLamken LLP
The Watergate, Suite 660
600 New Hampshire Avenue, N.W.
Washington, D.C. 20037
T: 202.556.2011
F: 202.556.2001
rkry@mololamken.com
www.mololamken.com

September 18, 2012

The Honorable Victor Marrero
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Suite 660
New York, New York 10007-1312



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/18/12

BY FACSIMILE to (212) 805-6382

Re: *NES Financial Corp. v. JPMorgan Chase Bank, N.A.*, No. 11-cv-3437 (S.D.N.Y.)

Dear Judge Marrero:

We write on behalf of plaintiff NES Financial Corp. ("NESF") to request authorization to bring additional laptops into the courthouse for trial in this matter, scheduled to begin on Wednesday, September 19. Your Honor previously authorized NESF counsel to bring laptops into the courtroom for trial. We now seek permission for our courtroom technician to bring equipment necessary to enable NESF to prosecute its case at trial. NESF respectfully requests that Your Honor permit Jason Rudd (or one of his colleagues) at Resonant Legal Media ("RLM") to bring two laptops and the technical equipment necessary to switch between laptops into the courtroom each day of trial.

NESF further requests that its trial team be granted access to the courtroom this afternoon at approximately 2:00 p.m. to test the audiovisual equipment in the courtroom and bring trial materials for placement on site. Attached as Exhibit A is a list of personnel and materials we request be allowed to enter the courtroom this afternoon for the purpose of that visit.

Thank you for your time and consideration.

Respectfully submitted,

Robert K. Kry

cc: All counsel (by e-mail)

SO ORDERED. Request GRANTED,

9-18-12
DATE          VICTOR MARRERO, U.S.D.J.

# EXHIBIT A
## TO BE GRANTED ACCESS TO COURTROOM OF
## JUDGE MARRERO ON SEPTEMBER 18, 2012, FROM 2PM

NESF Personnel:

Baldassare Asaro (American River Int'l)
Erica Che (MoloLamken)
Robert Connolly (MoloLamken)
Dominick DeJoy (MoloLamken)
David Jang (MoloLamken)
Joel Melendez (MoloLamken)
Jason Rudd (RLM)
Gajan Sivakumaran (MoloLamken)

Technology:

Two (2) laptops and switch
Laser printer

Materials:

Boxes of Binders, Exhibits and Supplies

Vehicle Information:

Color:          White
Make:           Chevrolet
Model:          2007 Box Truck
License Plate:  (NYS) 36861MA