UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/28/12

NES FINANCIAL CORP.,

                Plaintiff,

v.

JPMORGAN CHASE BANK,
NATIONAL ASSOCIATION,

                Defendant.

Civil Action No. 11-cv-3437 (VM)
ECF Case

**ORDER**

    This cause is before me on Plaintiff's request to bring laptop computers into the courthouse for trial. Plaintiff having shown justification for seeking authorization to bring laptop computers into the courthouse for trial, Plaintiff's request is herby **GRANTED** as follows:

    Beginning September 28, 2012, and continuing through October 3, 2012, Ryan Fisher of Resonant Legal Media may exit and reenter the Daniel Patrick Moynihan United State Courthouse with two (2) laptop computers.

    The permission granted in this Order expires at the conclusion of the trial.

**SO ORDERED.**

Dated:   New York, New York
           27 September 2012

                                                VICTOR MARRERO
                                                U.S.D.J.

# ML MOLOLAMKEN

Robert K. Kry
MoloLamken LLP
The Watergate, Suite 660
600 New Hampshire Avenue, N.W.
Washington, D.C. 20037
T: 202.556.2011
F: 202.556.2001
rkry@mololamken.com
www.mololamken.com

September 27, 2012

The Honorable Victor Marrero
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Suite 660
New York, New York 10007-1312

BY FACSIMILE to (212) 805-6382

Re: *NES Financial Corp. v. JPMorgan Chase Bank, N.A.*, No. 11-cv-3437 (S.D.N.Y.)

Dear Judge Marrero:

      We write on behalf of plaintiff NES Financial Corp. ("NESF") to request authorization for a substitute courtroom technician to bring laptops into the courthouse for trial in this matter. Your Honor previously authorized NESF's courtroom technician Jason Rudd of Resonant Legal Media ("RLM") to bring two laptops and the technical equipment necessary to switch between laptops into the courtroom each day of trial. Due to a scheduling conflict, Mr. Rudd is unable to attend trial on Friday, September 28, through a portion of the following week. Ryan Fisher of RLM will be acting as NESF's courtroom technician in Mr. Rudd's absence. NESF respectfully requests that Ryan Fisher of RLM be allowed to bring two laptops into the courthouse beginning Friday, September 28, through Wednesday, October 3.

      A proposed order is attached. Thank you for your time and consideration.

Respectfully submitted,

Robert K. Kry

cc: All counsel (by e-mail)