#  MoloLamken

Robert K. Kry
MoloLamken LLP
The Watergate, Suite 660
600 New Hampshire Avenue, N.W.
Washington, D.C. 20037
T: 202.556.2011
F: 202.556.2001
rkry@mololamken.com
www.mololamken.com

October 10, 2012

The Honorable Victor Marrero
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Suite 660
New York, New York 10007-1312

BY FACSIMILE to (212) 805-6382

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/12/12
```

Re: *NES Financial Corp. v. JPMorgan Chase Bank, N.A.*, No. 11-cv-3437 (S.D.N.Y.)

Dear Judge Marrero:

We represent plaintiff NES Financial Corp. in this matter. As counsel for both parties discussed with your law clerk Mr. Trapman earlier this afternoon, we write to confirm that both parties have agreed to present their damages experts and conduct any other remaining trial proceedings on Thursday, November 8, 2012. Thank you for your time and consideration.

Respectfully submitted,

Robert K. Kry

cc: All counsel (by e-mail)

```
SO ORDERED.
10-12-12
DATE          VICTOR MARRERO, U.S.D.J.
```